COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRON-MENTAL PROTECTION

v.

LOWER PAXTON TOWNSHIP, Lower Paxton Township Authority, Swatara Township Authority

Appeal of Crestview Manor Civic Association.

Supreme Court of Pennsylvania.

Dec. 27, 2005.

## ORDER

PER CURIAM.

AND NOW, this 27th day of December, 2005, the Order of the Commonwealth Court is hereby affirmed.

Raymond SMOLSKY, Appellant

v.

Jeffrey BEARD, Secretary of the Department of Corrections, Appellee.

Supreme Court of Pennsylvania.

Dec. 27, 2005.

## ORDER

PER CURIAM.

AND NOW, this 27th day of December, 2005, the Order of the Commonwealth Court is hereby AFFIRMED.

Joseph BUONCUORE, Sr., Appellant

v.

PENNSYLVANIA GAME COMMIS-SION, Vernon R. Ross, Executive Director P.G.C., William R. Pouss, Chief Counsel P.G.C., Thomas R. Littwin, Hearing Officer P.G.C., Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2005.

## ORDER

PER CURIAM.

AND NOW, this 27th day of December, 2005, it is hereby ordered that the Order of the Commonwealth Court is affirmed.